# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| CAMERON C. MONTGOMERY, | ) |
| | ) |
|    Petitioner, | ) |
| | ) CIVIL ACTION NO. 14-0539-CG-C |
| vs. | ) |
| | ) CRIMINAL NO. 13-0273-CG-C |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Respondent. | ) |

## ORDER

After due and proper consideration of all issues raised, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 26, 2015 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 29th day of July, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE