# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CAMERON C. MONTGOMERY, | ) |
| | ) |
|     Petitioner, | ) |
| | ) CIVIL ACTION NO. 14-0539-CG-C |
| vs. | ) |
| | ) CRIMINAL NO. 13-0273-CG-C |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Respondent. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Cameron C. Montgomery's motion to vacate (Doc. 28) be **GRANTED**, that his prior sentence of 180 months under the Armed Career Criminal Act be **VACATED**.

It it further **ORDERED** that upon due consideration of the parties' Joint Motion to Vacate Prior Sentence and for Re-sentencing (Doc. 40), said motion is **GRANTED**.  A re-sentencing hearing is hereby **SCHEDULED** for **August 11, 2015 at 1:00 p.m.**, to be held in Courtroom 2B, United States Courthouse, Mobile, Alabama.

The Clerk of Court is directed to issue a Writ of Habeas Corpus ad Prosequendum to have the defendant transported to this jurisdiction for resentencing.

**DONE and ORDERED** this 29th day of June, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE