# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| CAMERON C. MONTGOMERY, | : |
| Petitioner, | : |
| | : CIVIL ACTION NO. 14-00539-CG-C |
| vs. | : |
| | : CRIMINAL NO. 13-00273-CG-C |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

## **ORDER**

After due and proper consideration of all issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 25, 2017, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 9th day of November, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE